[No. 40942-5-I.   Division One.   April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. JESS PERALTA HOWARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-08348-4, Jeanette R. Burrage, J., entered June 26, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41039-3-I.   Division One.   April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. S.L.H., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-08463-0, Laura C. Inveen, J., entered May 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 15951-5-III.   Division Three.   April 21, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT DAWAYNE PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 95-1-00160-1, James Thomas, J. Pro Tem., entered July 26, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16495-1-III.   Division Three.   April 21, 1998.]

*In the Matter of the Marriage of* DONNA MARIE TAYLOR, *Respondent,* and PAUL MASON TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 94-3-00360-7, Evan E. Sperline, J., entered February 7, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.